|  |  |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | **USDC-SDNY**<br>**DOCUMENT**<br>**ELECTRONICALLY FILED**<br>**DOC#:**<br>**DATE FILED:** 2/23/2021 |

SHAEL CRUZ, *on behalf of himself and all other persons similarly situated*,

                        Plaintiff,

            v.

BERETTA U.S.A CORP.,

                        Defendant.

20-CV-9468 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      On November 11, 2020, Plaintiff Shael Cruz brought this action alleging violations of the Americans with Disabilities Act ("ADA"). On November 16, 2020, the Court ordered the parties to submit a joint letter requesting that the Court either (1) refer the case to mediation or a magistrate judge (and indicate a preference between the two options), or (2) schedule an initial status conference in the matter within forty-five days of the service of the summons and complaint.

      Plaintiff served Defendant Beretta U.S.A. Corp. on January 4, 2021. The parties' joint letter was therefore due on February 18, 2021. Although Defendant answered the complaint on February 5, 2021, the parties have not submitted their joint letter. No later than March 5, 2021, the parties shall meet and confer and submit a joint letter that contains the information specified in the Court's order of November 16, 2020.

SO ORDERED.

Dated:    February 23, 2021
            New York, New York

                                                  Ronnie Abrams
                                                  United States District Judge