

March 10, 2021

**VIA ECF**
Honorable Judge Ronnie Abrams
United States District Court
Southern District of New York
40 Centre Street
New York, NY 10007

Re: Cruz v. Beretta U.S.A. Corp.; *Case No: 1:20-cv-09468-RA*

To the Honorable Judge Abrams,

I represent Plaintiff Shael Cruz (hereinafter "Plaintiff") in the above-referenced matter.

The initial conference for this matter is set for Friday, March 19, 2020 at 4:30 p.m. At this time the undersigned requests that the March 19th conference be adjourned to any day but Friday, as the Office closes early on Fridays in preparation of the Sabbath. Counsel for the Defendant consents to the above motion.

Thank you for your time and consideration of the above request.

Respectfully submitted,

*[S] Joseph H. Mizrahi*
Joseph H. Mizrahi, Esq.

Application granted.  The initial pre-trial conference is hereby adjourned until March 22, 2021 at 9:00 a.m.  By no later than March 15, 2021, the parties shall submit a joint letter containing the information specified in the Court's order of March 3, 2021.

SO ORDERED.

Hon. Ronnie Abrams
March 11, 2021