**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

SHAEL CRUZ, on behalf of himself and all others
similarly situated,

                    Plaintiffs,

                  -against-

BERETTA U.S.A. CORP.

                    Defendant.

Case No: 1:20-cv-09468-RA

**STIPULATION OF DISMISSAL**
**WITH PREJUDICE**

        **IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel, that the above-entitled action against Defendant, shall be and hereby is dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated:    Brooklyn, New York
           September 13, 2021

By: _____
Joseph H. Mizrahi, Esq.
Cohen & Mizrahi LLP
300 Cadman Plaza West, 12th Fl.
Brooklyn, New York 11201
joseph@cml.legal

*Attorneys for Plaintiff*

By: _____
Jerrold Foster Goldberg, Esq.
Greenberg Traurig, LLP
200 Park Avenue
New York, New York 10166
GoldbergJ@gtlaw.com

*Attorneys for Defendant*

                              SO ORDERED.

                              _____
                              Hon. Ronnie Abrams
                              September 15, 2021